*1130 WOLLMAN, Circuit Judge,
concurring.
I concur in all but footnote 4 of the opinion. Our circuit’s requirement of a clear statement that a defendant is being sued in an individual capacity may represent “a lonely position” on the issue, but it is one that must be addressed to the court en banc. Baker v. Chisom, 501 F.3d 920, 924 n.2 (8th Cir. 2007). I would treat the defendants’ failure to raise the issue as constituting their sub silentio acquiescence in an unexpressed motion to amend the complaint and then deem the complaint to be correspondingly amended. Cf. Murphy v. State of Ark., 127 F.3d 750, 755 (8th Cir. 1997).